

REDACTED COPY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Criminal Action No. 08- 112 |
| ) | |
| JOSHUA D. TARBURTON, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about the 28th day of May, 2008, in the District of Delaware, the defendant, JOSHUA D. TARBURTON, knowingly possessed a firearm, that is, a destructive device known as a "pipe bomb," as defined in Title 26, United States Code, Sections 5845(a)(8) and 5845(f), not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26 United States Code, Sections 5861(d) and 5871.

### COUNT TWO

On or about the 28th day of May, 2008, in the District of Delaware, the defendant, JOSHUA D. TARBURTON, knowingly possessed a firearm, that is, a silencer, as defined in Title 26, United States Code, Section 5845(a)(7) and Title 18, United States Code, Section 921, not registered to him in the National Firearms Registration and Transfer Record in violation of

Title 26, United States Code, Sections 5861(d) and 5871.

## COUNT THREE

On or about the 28th day of May, 2008, in the District of Delaware, the defendant, JOSHUA D. TARBURTON, did knowingly possess a firearm, that is, a weapon made from a shotgun, namely a Harrington and Richardson Topper model 148, 16-gauge shotgun, with no discernable serial number, which as modified has an overall length of less than 26 inches, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5861(d) and 5871.

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
John C. Snyder
Assistant United States Attorney

Dated: July 24, 2008