IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action No. 08-112 |
| | ) |
| JOSHUA D. TARBURTON | ) |
| | ) |
| Defendant. | ) |

**MOTION AND ORDER FOR BENCH WARRANT**

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Lesley F. Wolf, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, Joshua Tarburton, as a result of the Indictment returned against him on July 24, 2008.

COLM F. CONNOLLY
United States Attorney

By: /s/ Lesley F. Wolf
Lesley F. Wolf
Assistant United States Attorney

Dated: July 24, 2008

AND NOW, this _24_ day of _July_, 2008, upon the foregoing Motion, **IT IS ORDERED** that a warrant issue for the arrest and apprehension of Gary Earl.

/s/
Honorable Leonard P. Stark
United States Magistrate Judge