# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 08-112 |
| ) | |
| JOSHUA D. TARBURTON, ) | |
| ) | |
| Defendant. ) | |

## PETITION FOR WRIT OF
## HABEAS CORPUS AD PROSEQUENDUM

Your Petitioner, the United States of America, by its attorney, John C. Snyder, Assistant United States Attorney for the District of Delaware, respectfully states:

1. On July 24, 2008, Joshua D. Tarburton was indicted on one count of possession of a firearm, that is, a destructive device know as a "pipe bomb," in violation of 26 U.S.C. §§ 5861(d) and 5871; one count of possession of a firearm, that is, a silencer, in violation of 26 U.S.C. §§ 5861(d) and 5871; and one count of possession of a firearm, that is, a weapon made from a shotgun with no discernible serial number, which as modified has an overall length of less than 26 inches, in violation of 26 U.S.C. §§ 5861(d) and 5871.

2. Joshua D. Tarburton is currently detained on State offenses at the Delaware Correctional Institution in Georgetown, Delaware.

3. The defendant has not had an initial appearance in the District Court for the District of Delaware. A weekly schedule of Initial Appearances and Arraignments is scheduled for Thursday, August 7, 2008, at 1:00 p.m.

**WHEREFORE,** Petitioner prays that the Clerk of this Court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the United States Marshal, District of Delaware, and to the Warden for the Delaware Correctional Institution, to bring the said defendant Joshua D. Tarburton before this Court on August 7, 2008, at 1:00 p.m., for an Initial Appearance and to be returned to the Warden for Delaware Correctional Institution only after a final disposition of the charges against the defendant has occurred in the District of Delaware.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: _____
John C. Snyder
Assistant United States Attorney

Dated:   July 29, 2008

**IT IS SO ORDERED** this _____ day of _____, 2008.

_____
HONORABLE LEONARD P. STARK
United States Magistrate Judge