# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | CRIMINAL ACTION NO. 08-112-UNA |
| v. | § | |
| | § | |
| JOSHUA D. TARBURTON, | § | |
| Defendant. | § | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   DAVID W. THOMAS, UNITED STATES MARSHAL, DISTRICT OF DELAWARE, WARDEN OF SUSSEX CORRECTIONAL INSTITUTION, GEORGETOWN, DELAWARE

GREETINGS:

We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said **JOSHUA D. TARBURTON** who is now detained and imprisoned in the SUSSEX CORRECTIONAL INSTITUTION and who is a defendant in the above-entitled cause, in which cause the said **JOSHUA D. TARBURTON** was charged with a violation of 26 U.S.C. SECTIONS 5861(d) and 5871, et al, for an **INITIAL APPEARANCE on THURSDAY, August 7, 2008** at **1:00 PM** and to be returned to the Warden for the Sussex Correctional Institution only after a final dispostion of the charges against the defendant has occurred in the District of Delaware. And have you then and there this writ.

To the Marshal of the District of Delaware to execute.

WITNESS the Honorable Leonard P. Stark, United States Magistrate Judge of the District Court of the United States for the District of Delaware, this 30th day of July 2008.

PETER T. DALLEO, CLERK

By: _____

Deputy Clerk