IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 08-112 JJF |
| JOSHUA D. TARBURTON | : | |
| Defendant. | : | |

### O R D E R

IT IS HEREBY ORDERED that a conference pursuant to Federal Rule of Criminal Procedure 17.1 will be held on **Wednesday, September 3, 2008 at 1:45 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. Because this conference is intended for scheduling only, the appearance of Defendant is not required by the Court.

<u>August 8, 2008</u>　　　　　　　　　　　　　　　/s/ Joseph J. Farnan Jr.
　　DATE　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE