EUGENE J. MAURER, JR., P.A.
ATTORNEYS AT LAW
1201-A KING STREET
WILMINGTON, DELAWARE 19801

(302) 652-7900
FAX (302) 652-2173
EMAIL emaurer1@verizon.net

August 11, 2008

The Honorable Mary Pat Thynge
Magistrate
United States District Court
844 N. King Street
Lock Box 8
Wilmington, DE  19801

              **Re:  United States v. Joshua Tarburton, C.A. #08-112**

Dear Magistrate Thynge:

      Given the seriousness of the charges and the defendant's current situation, we have decided not to go forward with the detention hearing scheduled for Tuesday, August 12, 2008 at 8:00 a.m.  The defense would therefore waive that proceeding.

                                          Respectfully yours,

                                          /s/ Eugene J. Maurer, Jr.
                                          Eugene J. Maurer, Jr.

EJM:sam

Cc:  John C. Snyder, Esquire
      Joshua Tarburton