UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cr. A. No. 08-112-JJF |
| | ) | |
| JOSHUA TARBURTON, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

To: John C. Snyder, Esquire
    Assistant United States Attorney
    Nemours Building
    1007 N. Orange Street, Suite 700
    P.O. Box 2046
    Wilmington, DE  19899-2046

PLEASE TAKE NOTICE that the within Motion for Extension of Time within which to file Motions will be presented to The Honorable Joseph J. Farnan, Jr. as soon as counsel can be heard.

/s/    Eugene J. Maurer, Jr.
Eugene J. Maurer, Jr., I.D. #821
1201-A King Street
Wilmington, DE  19801
302-652-7900

Attorney for Defendant

Date: August 28, 2008

UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cr. A. No. 08-112-JJF |
| ) | |
| JOSHUA TARBURTON, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE MOTIONS

COMES NOW the defendant, through his attorney Eugene J. Maurer, Jr., and respectfully requests that the time within which motions are to be filed in this case be extended to September 8, 2008. The bases of this motion are as follows:

1. Counsel represents the defendant in a three count indictment alleging firearms and explosive devices.

2. At arraignment in the above, the court set a motions deadline for August 28, 2008.

3. Counsel received the government's discovery package on or about August 15, 2008.

4. In reviewing the discovery materials, it appears that there may be a significant search and seizure issue as it relates to the search of the defendant's residence.

5. Inasmuch as the issue involves factual questions regarding what occurred, counsel needs time to confer with his client and his client's mother who is a witness to the events in question. The defendant is incarcerated in Salem County and the mother resides in Sussex County.

6.  In order to gather the appropriate facts to make a determination as to whether or not a suppression motion would be well-founded in this case, counsel respectfully requests that the motion deadline previously set be extended to September 8, 2008.

/s/    Eugene J. Maurer, Jr.
Eugene J. Maurer, Jr., I.D. 821
1201-A King Street
Wilmington, DE  19801
302-652-7900

Attorney for Defendant

Date:  August 28, 2008

UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cr. A. No. 08-112-JJF |
| ) | |
| JOSHUA TARBURTON, ) | |
| ) | |
| Defendant. ) | |

ORDER

AND NOW, to wit, this _____ day of _____, 2008, the foregoing motion have been heard and considered, it is hereby

ORDERED that the time within which to file motions in the above is extended to September 8, 2008.

_____
J.