UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Cr. A. No. 08-112-JJF |
| JOSHUA TARBURTON, | ) ) ) | |
| Defendant. | ) | |

### ORDER

AND NOW, to wit, this ___3___ day of ___September___, 2008, the foregoing motion have been heard and considered, it is hereby

ORDERED that the time within which to file motions in the above is extended to September 8, 2008.

_____
                J.